UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                               Plaintiff,<br>v.<br>NEENAH PROPERTIES, LLC, et al.,<br>                              Defendants. | Case No.: 19cv1823-LAB (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 19]** |

     The parties' joint motion to dismiss is **GRANTED**. Dkt. 19. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

     **IT IS SO ORDERED**.

Dated: January 29, 2020

*/s/ Larry A. Burns*

**Hon. Larry Alan Burns**
Chief United States District Judge